1  CHRISTOPHER J. HICKS
   Washoe County District Attorney

2  JENNIFER L. GUSTAFSON
3  Nevada Bar Number 12589
   Washoe County Deputy District Attorney
4  P.O. Box 11130
   Reno, NV  89520-0027
5  jgustafson@da.washoecounty.us
   (775) 337-5700
6  ATTORNEYS FOR FRANK CERVANTES
   AND WASHOE COUNTY

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10                        * * *

11  NOAH M. KELLY,

12          Plaintiff,                    Case No.:  3:17-cv-00696-MMD-VPC

13      vs.

14  WASHOE COUNTY, a political         **STIPULATION TO DISMISS WITH**
    Subdivision of the State of Nevada, **PREJUDICE**
15  FRANK CERVANTES, Director
    Department of Juvenile Services, JOHN
16  DOES 1-10 and BLACK & WHITE
    CORPORATIONS 1-10,

17

18          Defendants.
                                        /

19      Plaintiff NOAH M. KELLY and Defendants FRANK CERVANTES and WASHOE

20  COUNTY hereby stipulate to dismiss with prejudice this action in its entirety, and all claims

21  against all Defendants, including any and all claims that could have arisen from the events set

22  forth in Plaintiff's Complaint, pursuant to Fed.R.Civ.P. 41(a) and the Settlement Agreement and

23  Release of Claims executed in this Litigation.

24  //

25  //

26  //

                                        -1-

1    Each party shall bear their own attorney's fees and costs incurred herein.

2    Dated:  June 13, 2018                            Dated:  June 13, 2018

3    KARLA K. BUTKO, ESQ.                             CHRISTOPHER J. HICKS
                                                      Washoe County District Attorney
4

5    By:___/s/ Karla K. Butko_____         By:___/s/ Jennifer L. Gustafson____
          KARLA K. BUTKO, ESQ.                        JENNIFER L. GUSTAFSON, ESQ.
6         Karla K. Butko, Ltd.                        Deputy District Attorney
          P.O. Box 1249                               P.O. Box 11130
7         Verdi, NV 89439                             Reno, NV  89520-0027
          butkolawoffice@sbcglobal.net                jgustafson@da.washoecounty.us
8         (775)786-7118                               (775) 337-5700

9    ATTORNEY FOR PLAINTIFF                           ATTORNEYS FOR DEFENDANTS
     NOAH M. KELLY                                    FRANK CERVANTES
10                                                    WASHOE COUNTY

11

12        IT IS SO ORDERED.

13        Dated: _June 14, 2018_____

14

15                                              _____
                                                U.S. DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the Stipulation to Dismiss with Prejudice was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Karla K. Butko, Esq.
  Attorney for Plaintiff

Dated: June 13, 2018.

/s/ C. Mendoza
C. Mendoza
